UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CESAR MONTIEL PEREZ,<br><br>         Debtor.<br>―――――――――――――<br>MAURICE GRAYTON,<br><br>         Appellant,<br>v.<br><br>UNITED STATES TRUSTEE<br><br>         Appellee. | Case No.: 20-CV-2152 JLS (AHG)<br><br>**ORDER (1) GRANTING MOTION TO STAY BRIEFING; AND (2) SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>(ECF Nos. 4, 5) |

  Presently before the Court is Appellee United States Trustee's Motion to Stay Briefing (ECF No. 5). The Court issued a briefing schedule, (*see* ECF No. 2), and Appellee has subsequently filed a Motion to Dismiss the Appeal based on lack of jurisdiction, (ECF No. 4). Appellee's Motion to Dismiss does not concern the merits of the appeal, and therefore, it is in the best interests of the parties to temporarily suspend appellate proceedings until the Court determines if it has subject matter jurisdiction over the present action. Good cause appearing, the Court **GRANTS** Appellee's Motion. The Court **VACATES** the deadlines set in the briefing schedule (ECF No. 2). If a briefing schedule is necessary, the Court will issue one after it decides Appellee's Motion to Dismiss.

The Court **SETS** the following briefing schedule on Appellee's Motion to Dismiss (ECF No. 4): Responses **SHALL BE FILED** on or before December 21, 2020, and replies, if any, **MAY BE FILED** on or before December 31, 2020.  Upon closing of the briefing, this matter **SHALL BE TAKEN UNDER SUBMISSION** on the papers pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED**.

Dated:  December 4, 2020

Hon. Janis L. Sammartino
United States District Judge